Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the Appellate Division order entered in this proceeding commenced in City Court (*see* NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]).

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES PEARCE, Appellant, v STEWART ECKERT, Respondent.

Submitted August 22, 2016; decided November 1, 2016

Motion for leave to appeal dismissed upon the ground that it does not lie from the order of an individual Justice of the Appellate Division (*see* NY Const, art VI, § 3 [b]; CPLR 5602). Motion for poor person relief dismissed as academic.

Judges PIGOTT and FAHEY taking no part.

RICHARD RONKESE, Respondent, v TILCON NEW YORK, INC., Appellant, et al., Defendants.

Submitted August 1, 2016; decided November 1, 2016

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of TERRY SANDERS, Appellant, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent.

Submitted July 11, 2016; decided November 1, 2016

Motion for reargument etc. denied [*see* 27 NY3d 1064 (2016)].

In the Matter of TERRY SANDERS, Appellant, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent.

Submitted August 22, 2016; decided November 1, 2016

Motion for reargument etc. denied [*see* 27 NY3d 1064 (2016)].